IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| VALERIE ARROYO, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | 1:22-CV-323 |
| U.S ADMINISTRATION OF SOICAL SECURITY, et al., | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court adopts the Magistrate Judge's Recommendation.

It is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for failure to comply with the Court's Order, failure to prosecute, and failure to submit either the filing fee or a properly completed Application to Proceed in Forma Pauperis.

This the 9th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE